UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| Donna Doak,<br>    Plaintiff,<br><br> v.<br><br>Michael J. Astrue,<br>Commissioner of the Social Security<br>Administration,<br>    Defendant. | **JUDGMENT**<br><br>No. 4:11-CV-116-WW |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's motion for judgment on the pleadings [DE # 46] is DENIED. Defendant's motion for judgment on the pleadings [DE# 50] is GRANTED and the final decision by Defendant is AFFIRMED.

**This judgment filed and entered on April 25, 2012, and served on:**

Brian M. Ricci (via CM/ECF Notice of Electronic Filing)
Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)

April 25, 2012              /s/ Julie A. Richards,
                      Clerk of Court