UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Donna Doak,                              )
                         Plaintiff,      )
                                         )
        v.                               )          **JUDGMENT**
                                         )
Michael J. Astrue,                       )          No. 4:11-CV-116-WW
Commissioner of the Social Security      )
Administration,                          )
                         Defendant.      )
                                         )


**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's motion for judgment on the pleadings [DE # 46] is DENIED. Defendant's motion for judgment on the pleadings [DE# 50] is GRANTED and the final decision by Defendant is AFFIRMED.

**This judgment filed and entered on April 25, 2012, and served on:**

Brian M. Ricci  (via CM/ECF Notice of Electronic Filing)
Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)



April 25, 2012                           /s/ Julie A. Richards,
                                         Clerk of Court